# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 51348

| | |
|---|---|
| STATE OF IDAHO, | )<br>) **Filed: March 24, 2025**<br>) |
| Plaintiff-Respondent, | )<br>) **Melanie Gagnepain, Clerk** |
| v. | )<br>) |
| | ) **THIS IS AN UNPUBLISHED** |
| TERRANCE MICHAEL FINNERTY, | ) **OPINION AND SHALL NOT** |
| JR., | ) **BE CITED AS AUTHORITY** |
| | ) |
| Defendant-Appellant. | ) |
| | ) |

Appeal from the District Court of the First Judicial District, State of Idaho, Bonner County. Hon. Lamont C. Berecz, District Judge.

Judgment of conviction and determinate sentence of five years for aggravated assault, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Jacob L. Westerfield, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Elizabeth H. Estess, Deputy Attorney General, Boise, for respondent.

---

Before GRATTON, Chief Judge; LORELLO, Judge
and TRIBE, Judge

---

PER CURIAM

Terrance Michael Finnerty, Jr. was found guilty of aggravated assault. Idaho Code § 18-905(a). The district court sentenced Finnerty to a determinate term of five years. This sentence was ordered to run consecutively to Finnerty's other unrelated case. Finnerty appeals, arguing that his sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Our role is limited to determining whether reasonable minds could reach the same conclusion as the district court. *State v. Biggs*, 168 Idaho 112, 116, 480 P.3d 150, 154 (Ct. App. 2020).

Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion. Therefore, Finnerty's judgment of conviction and sentence are affirmed.